UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEVIN HARDING, <br><br> Plaintiff, <br><br> v. <br><br> MALONEY PROPERTIES INCORPORATED, <br><br> Defendant. | Civil Action No. <br> 24-10082-WGY |

## ORDER

**YOUNG, D.J.**

In this action, plaintiff Kevin Harding, who is representing himself, alleges that the defendant, Maloney Properties Incorporated, entered his residence without prior notification and removed Harding's religious property.

On April 2, 2024, the Court denied without prejudice Harding's motions for leave to proceed *in forma pauperis*. (ECF No. 6). The Court directed Harding either to pay the $405 filing fee or file another motion for leave to proceed *in forma pauperis*. The Court stated that failure to do so within twenty-one (21) days could result in dismissal of the action without prejudice.

The time for complying with the Court's April 2, 2024 has elapsed without any response from Harding.

Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

**So ordered.**

Dated: May 6, 2024

/s/ William G. Young
William G. Young
United States District Judge